# UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **Abby Musick; Mari Cartagenova; Kevin Mansfield** <br> _Plaintiff_ <br> v. <br> **DOTDASH MEREDITH, INC.** <br> _Defendant_ | Civil Action No. 1:25-cv-01718-PKC |

## AFFIDAVIT OF SERVICE

Javon Cummings, affirms and says that, the Deponent is not a party herein, is over the age of 18 years and resides in the state of New York. That on March 5, 2025, at 12:51 pm at 28 Liberty Street, New York, NY 10005, Deponent served the within Summons In A Civil Action, Class Action Complaint, with the index number and filing date of the action were endorsed upon the face of the papers so served herein. On: DotDash Meredith (hereinafter referred to as "subject") by leaving the following documents with Vincenza Cipriano who as Intake Specialist at C T Corporation is authorized by appointment or by law to receive service of process for DotDash Meredith.

My perception of the description of the individual served is as follows:
White Female, est. age 55-64, glasses: N, Brown hair, 120 lbs to 140 lbs, 5' to 5' 3".
Geolocation of Serve: https://google.com/maps?q=40.7077613877,-74.00921335
Photograph: See Exhibit 1

Total Cost: $95.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

☐ I asked the person spoken to, on whether the subject was in active military service or financially dependent upon any one who is in the military service of the United States or the State of New York in any capacity whatsoever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon that information and belief I assert that the recipient is not in the military service of New York State or of the United States as that term is defined either in the State or Federal statutes.

|   |   |
|---|---|
| Executed in | /s/ *Javon Cummings* |
| Queens County , | Signature |
| NY on 3/7/2025 . | Server Name: Javon Cummings |
|   | License#: 20236513-DCA |

PROOF TECHNOLOGY NEW YORK , LLC 1800 Gaylord Avenue, Denver, CO 80206 License # 2103684-DCA



Exhibit 1a)