UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ABBY MUSICK, MARI CARTAGENOVA, and KEVIN MANSFIELD, on behalf of themselves and all others similarly situated<br><br>Plaintiffs,<br><br>v.<br><br>DOTDASH MEREDITH, INC.,<br><br>Defendant | Case No. 1:25-cv-01718<br><br>**NOTICE OF APPEARANCE** |

To the Clerk of this Court and all Parties of Record:

**PLEASE TAKE NOTICE** that Kristen C. Rodriguez, an attorney in good standing of the bar of this Court and a member of the law firm DENTONS US LLP, hereby appears as counsel for defendant DOTDASH MEREDITH INC., and requests that copies of papers served in this action be served on the undersigned.

Dated: March 24, 2025

Respectfully submitted,

**DENTONS US LLP**

By: /s/ Kristen C. Rodriguez
Kristen C. Rodriguez
1221 Avenue of the Americas
New York, New York 10020
Phone: (212) 398-5280
Email: kristen.rodriguez@dentons.com

US_ACTIVE\129760513\V-1